1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KARL VANDERVALL,

11             Plaintiff,                    No. CIV S-09-1576 DAD P

12       vs.

13   J. FELTNER, et al.,

14             Defendants.                   ORDER

15   _____/

16          Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42

17   U.S.C. § 1983 and has filed an application to proceed in forma pauperis under 28 U.S.C. § 1915.

18   This proceeding was referred to the undersigned magistrate judge in accordance with Local Rule

19   72-302 and 28 U.S.C. § 636(b)(1).

20          Plaintiff has submitted an in forma pauperis application that makes the showing

21   required by 28 U.S.C. § 1915(a).  Accordingly, plaintiff will be granted leave to proceed in forma

22   pauperis.

23          Plaintiff is required to pay the statutory filing fee of $350.00 for this action.  See

24   28 U.S.C. §§ 1914(a) & 1915(b)(1).  An initial partial filing fee of $11.66 will be assessed by this

25   order.  See 28 U.S.C. § 1915(b)(1).  By separate order, the court will direct the appropriate

26   agency to collect the initial partial filing fee from plaintiff's prison trust account and forward it to

1

the Clerk of the Court.  Thereafter, plaintiff will be obligated to make monthly payments of twenty percent of the preceding month's income credited to plaintiff's prison trust account. These payments will be collected and forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full.  See 28 U.S.C. § 1915(b)(2).

Plaintiff's complaint appears to state cognizable claims for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's June 8, 2009 motion to proceed in forma pauperis (Doc. No. 2) is granted.

2.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. Plaintiff is assessed an initial partial filing fee of $11.66.  All fees shall be collected and paid in accordance with this court's order to the Director of the California Department of Corrections and Rehabilitation filed concurrently herewith.

3.  Service of the complaint is appropriate for the following defendants: Feltner, Machado, Lackner, and Martel.

4.  The Clerk of the Court shall send plaintiff four USM-285 forms, one summons, an instruction sheet, and a copy of the complaint filed June 8, 2009.

5.  Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit all of the following documents to the court at the same time:

a.  The completed, signed Notice of Submission of Documents;

b.  One completed summons;

c.  One completed USM-285 form for each defendant listed in number 3 above; and

1              d.  Five true and exact copies of the complaint, including the exhibits

2              attached thereto, filed June 8, 2009.

3         6.  Plaintiff shall not attempt to effect service of the complaint on defendants or

4  request a waiver of service of summons from any defendant.  Upon receipt of the above-

5  described documents, the court will direct the United States Marshal to serve the above-named

6  defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

7  DATED: September 3, 2009.

8

9

                                _____

10                        DALE A. DROZD
                          UNITED STATES MAGISTRATE JUDGE

11

12  DAD:9
     vand1576.1

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1
2
3
4
5
6
7
8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10    KARL VANDERVALL,

11              Plaintiff,                    No. CIV S-09-1576 DAD P

12        vs.

13    J. FELTNER, et al.,                     NOTICE OF SUBMISSION

14              Defendants.                   OF DOCUMENTS

15    _____/

16              Plaintiff hereby submits the following documents in compliance with the court's

17    order filed _____:

18              _____ one completed summons form;

19              _____ four completed USM-285 forms; and

20              _____ five true and exact copies of the complaint, including the exhibits attached

21    thereto, filed June 8, 2009.

22    DATED: _____.

23

24                                            _____

25                                            Plaintiff

26