IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KARL VANDERVALL,

    Plaintiff,                        No. CIV S-09-1576 GEB DAD P

    vs.

J. FELTNER, et al.,

    Defendants.                  <u>ORDER</u>

/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On August 27, 2010, the assigned district judge adopted the undersigned's July 19, 2010 findings and recommendations addressing defendants' motion to dismiss in full. Accordingly, this action will proceed only on plaintiff's First Amendment retaliation claims against defendants Feltner and Machado.

        IT IS HEREBY ORDERED that within twenty-one days of the date of this order, defendants Feltner and Machado shall file and serve an answer to plaintiff's First Amendment retaliation claims set forth in his June 8, 2009 complaint.

DATED: August 31, 2010.

                                                              DALE A. DROZD
                                                             UNITED STATES MAGISTRATE JUDGE

DAD:sj
vand1576.ans