1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KARL VANDERVALL,

11         Plaintiff,                    No. CIV S-09-1576 GEB DAD P

12      vs.

13   J. FELTNER, et al.,

14         Defendants.                   ORDER

15   _____/

16         On April 7, 2011, defendants Feltner and Machado filed a motion for summary

17   judgment pursuant to Federal Rule of Civil Procedure 56.  Plaintiff had not opposed the motion.

18   Therefore, the court issued an order to show cause requiring plaintiff to file an opposition, if any,

19   to defendants' motion within thirty days.  In response to the court's order, plaintiff has filed a

20   letter stating that he cannot respond to defendants' motion for summary judgment in legal terms

21   but knows he does not agree with it.  Plaintiff also states in his letter that "I know just to give

22   that answer is not enough, so I'm going to have to stop this case."

23         To the extent that plaintiff no longer wishes to proceed with this case, he should

24   file a motion to voluntarily dismiss this action.  See Fed. R. Civ. P. 41.  To the extent that

25   plaintiff needs additional time to oppose defendants' motion, in the interest of justice, the court

26   will grant him thirty additional days in which to do so and advise him once more of the

1

1    requirements for opposing a motion for summary judgment.  A motion for summary judgment is

2    a request for an order for judgment in favor of defendants without trial.  A defendant's motion

3    for summary judgment will set forth the facts that the defendants contend are not reasonably

4    subject to dispute and that entitle the defendants to judgment.  To oppose a motion for summary

5    judgment, plaintiff must show proof of his or her claims.  Plaintiff may do this in one or more of

6    the following ways.  Plaintiff may rely upon statements made under the penalty of perjury in the

7    complaint if the complaint shows that plaintiff has personal knowledge of the matters stated and

8    plaintiff calls to the court's attention those parts of the complaint upon which plaintiff relies.

9    Plaintiff may serve and file one or more affidavits or declarations setting forth the facts that

10   plaintiff believes prove plaintiff's claims; the person who signs an affidavit or declaration must

11   have personal knowledge of the facts stated.  Plaintiff may rely upon written records, but plaintiff

12   must attempt to establish, by declaration or otherwise, that the records are what plaintiff claims

13   they are.  Plaintiff may rely upon all or any part of the transcript of one or more depositions,

14   answers to interrogatories, or admissions obtained in this proceeding.  If plaintiff fails to

15   contradict the defendants' evidence with counteraffidavits or other admissible evidence, the

16   defendants' evidence may be taken as the truth and the defendants' motion for summary

17   judgment may be granted.  If plaintiff does not serve and file a written opposition to the motion,

18   the court may consider the failure to act as a waiver of opposition to the defendants' motion.  If

19   the defendants' motion for summary judgment, whether opposed or unopposed, is granted,

20   judgment will be entered for the defendants without a trial and the case will be closed.

21           Under the circumstances of this case, the court will grant plaintiff an additional

22   thirty days to either file a motion to voluntarily dismiss this action or file an opposition to

23   defendants' motion for summary judgment.

24   /////

25   /////

26   /////

1        Accordingly, IT IS HEREBY ORDERED that:

2        1.  The court's May 26, 2011 order to show cause is discharged;

3        2.  Within thirty days of the date of service of this order, plaintiff shall either:

4           (a)  file a motion to voluntarily dismiss this action, or

5           (b)  file an opposition to defendants' motion for summary judgment.

6  DATED: July 11, 2011.

7

8                        _____

                          DALE A. DROZD

9  DAD:9                 UNITED STATES MAGISTRATE JUDGE

     vand1576.opp

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26